#### IN THE UNITED STATES DISTRICT COURT
#### EASTERN DISTRICT OF ARKANSAS
#### WESTERN DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                       No. 4:11CR00156-19 JLH

JOSHUA A. HAWLEY                                                                         DEFENDANT

### ORDER

Pending before the Court is defendant Joshua A. Hawley's unopposed motion for continuance of revocation hearing currently set for Friday, December 20, 2013.  The motion is GRANTED. Document #695.

The supervised release revocation hearing for defendant Joshua A. Hawley is hereby rescheduled for **MONDAY, JANUARY 6, 2014, at 10:30 A.M.,** in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas. Document #661.

IT IS SO ORDERED this 19th day of December, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE